FILE COPY

No. 07-17-00115-CR

| | | |
|---|---|---|
| Eric James Veloz<br>    Appellant | § | From the 320th District Court<br>    of Potter County |
| | § | |
| v. | | June 5, 2018 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 5, 2018, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o